# UNITED STATES BANKRUPTCY COURT

NORTHERN    **DISTRICT OF** ILLINOIS

## EASTERN DIVISION

In re:  GEOFFREY A. BALACHOWSKI
        and VICTORIA L. BALACHOWSKI

§
§
§
§

Case No.    11-24577

HON. JACK B. SCHMETTERER
Chapter 7

Debtor(s)

---

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that
ALLAN J. DeMARS                               , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications, which are
summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at
the Office of the Clerk, at the following address:

219 S. Dearborn  Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the
Final Report, must file a written objection within    21 days from the mailing of this notice, serve a
copy of the objections upon the trustee, any party whose application is being challenged and the United
States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held
at 10:30 AM    on 12/15/2011    in Courtroom 682    , Dirksen Federal Building    Courthouse,
219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By:  Clerk U. S. Bankruptcy Court _____

(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT

NORTHERN   **DISTRICT OF** ILLINOIS

### EASTERN DIVISION

In re:   GEOFFREY A. BALACHOWSKI         §   Case No.   11-24577
and VICTORIA L. BALACHOWSKI              §            HON. JACK B. SCHMETTERER
                                         §            Chapter 7
                                         §
            Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $10,000.00 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance on hand of* [1] | $10,000.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | | | | $0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $10,000.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| *Trustee, Fees*  ALLAN J. DeMARS | $1,750.00 | $0.00 | $1,750.00 |
| *Trustee, Expenses*  ALLAN J. DeMARS | $42.72 | $0.00 | $42.72 |
| *Attorney for Trustee, Fees*  ALLAN J. DeMARS | $1,350.00 | $0.00 | $1,350.00 |
| *Attorney for Trustee, Expenses*  ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | | | |
| *Accountant for Trustee, Expenses* | | | |
| *Auctioneer, Fees* | | | |
| *Auctioneer, Expenses* | | | |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| Charges,  *U.S. Bankruptcy Court* | |
| Fees, *United States Trustee* | |
| Other | |

Total to be paid for chapter 7 administrative expenses: $3,142.72

Remaining balance: $6,857.28

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Debtor, Fees | | | |
| Attorney for Debtor, Expenses | | | |
| Attorney for          , Fees | | | |
| Attorney for          , Expenses | | | |
| Accountant for          , Fees | | | |
| Accountant for          , Expenses | | | |
| Other | | | |

Total to be paid for prior chapter administrative expenses: $0.00

Remaining balance: $6,857.28

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____ $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| NONE | | | | $0.00 |

|  | | | Total to be paid for priority claims: | $0.00 |
|--|--|--|--|--|
|  | | | Remaining balance: | $6,857.28 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling _____ $54,752.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be __12.5__ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 1 | Discover Bank | $10,638.15 | $0.00 | $1,332.34 |
| 2 | Discover Bank | $3,591.18 | $0.00 | $449.76 |
| 3 | FIA Card Services successor to Bank of America and MBNA | $2,620.63 | $0.00 | $328.21 |
| 4 | Target National Bank | $7,007.47 | $0.00 | $877.62 |
| 5 | Citibank NA | $22,107.59 | $0.00 | $2,768.79 |
| 6 | Chase Bank USA NA | $4,716.31 | $0.00 | $590.68 |
| 7 | American Express Bank FSB | $3,160.51 | $0.00 | $395.83 |
| 8 | G.E. Money Bank | $910.61 | $0.00 | $114.05 |

|  | | Total to be paid for timely general unsecured claims: | $6,857.28 |
|--|--|--|--|
|  | | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be ___0___ percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| NONE | | | | $0.00 |

|  | | Total to be paid for tardily filed general unsecured claims: | $0.00 |
|--|--|--|--|
|  | | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | $0.00 |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ ALLAN J. DeMARS

Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street
Suite 910
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 11-24577-JBS
Geoffrey A Balachowski                                          Chapter 7
Victoria L Balachowski
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1        User: ahamilton        Page 1 of 2              Date Rcvd: Nov 10, 2011
                           Form ID: pdf006         Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 12, 2011.
```
db/jdb      +Geoffrey A Balachowski,   Victoria L Balachowski,   6425 N. Natoma Ave,   Chicago, IL 60631-2053
17474083     ABN AMRO Mortgage Group,   Po Box 79022 Ms322,   St Louis, OH 63179
17474085    +American Express,   P.O. Box 981535,   El Paso, TX 79998-1535
17451103     American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
17474088    +Bank Of America,   Attn: Bankruptcy NC4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
17474082    +Bank of America,   4161 Piedmont Pkwy,   Greensboro, NC 27410-8119
17474089    +Bmby/cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
17474090    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
17656227     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
17474091    +Citgo Oil / Citibank,   Attn: Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
17474092    +Citi,   CitiCard Credit Svcs/Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
17474093    +Citibank / Sears,   Citicard Credit Srvs/Bankrup,   Po Box 20507,   Kansas City, MO 64195-0507
17474094    +Citibank Sd, Na,   Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
17474095    +Citibank Usa,   Citcorp Credit /Attn: Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
17474096    +Citifinancial Retail Services,   Citifinancial/Attn: Bankruptcy Dept,   Po Box 140489,
             Irving, TX 75014-0489
17396106     Citimortgage,   Bankruptcy Department,   PO Box 9481,   Gaithersburg, MD 20898-9481
17474097    +Cole Taylor,   7601 Cicero Ave,   Chicago, IL 60652-1022
17474098    +Consecofin,   1400 Turbine Drive,   Rapid City, SD 57703-4719
17593902     FIA CARD SERVICES NA/successor Bank of America NA,   PO Box 15102,   Wilmington, DE 19886-5102
17474100    +First Usa Bank N A,   3565 Piedmont Rd Ne,   Atlanta, GA 30305-8202
17474108     Harris Bank Nh, N.a.,   7502 S Yale Ave,   Tulsa, OK 74136
17474109    +Harris N.a.,   Attn: Bankruptcy,   3800 Golf Rd Ste. 300/Po Box 8759,
             Rolling Meadows, IL 60008-8759
17474110    +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
17474112    +Lasale Nt Bk,   Attn: Bankruptcy NC4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
17474113    +Liberty Bank For Savin,   2392 N Milwaukee,   Chicago, IL 60647-2979
17474086    +NCO Financial,   507 Prudential Rd.,   Horsham, PA 19044-2368
17474114    +Natl Cty Crd,   1 Financial Pkwy,   Kalamazoo, MI 49009-8003
17474115    +Peoples Gas,   Attention: Alease Lawson,   Po Box 2562,   Tampa, FL 33601-2562
17474116    +Pnc Mortgage Servicing,   Attention: Bankruptcy,   P.O. Box 24696,   Columbus, OH 43224-0696
17474118    +Sears/cbsd,   701 East 60th St N,   Sioux Falls, SD 57104-0432
17474119    +Shell Oil / Citibank,   Attn.: Centralized Bankruptcy,   Po Box 20507,
             Kansas City, MO 64195-0507
17621559    +TARGET NATIONAL BANK,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
17396110    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
            (address filed with court: Toyota Financial Services,   P.O. Box 650686,   Dallas, TX 75265-0686)
17474084    +TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
            (address filed with court: Toyota Motor Credit,   Toyota Financial Services,   Po Box 8026,
             Cedar Rapids, IA 52408)
17474120    +Tabank,   5595 Trillium Blvd,   Schaumburg, IL 60192-3405
17474121    +Tnb-Visa (TV),   C/O Financial & Retail Services,   Mailstop BV P.O.Box 9475,
             Minneapolis, MN 55440-9475
17396109    +Toyota Financial Services,   P.O. Box 4102,   Carol Stream, IL 60197-4102
17474124    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
            (address filed with court: Us Bank/na Nd,   Attn: Bankruptcy Dept,   Po Box 5229,
             Cincinnati, OH 45201)
17474123     Unvl/citi,   Citicorp Centralized,   Po Box 2023,   Kansas City, MO 64195
17474126    +Victoria's Secret,   Po Box 182124,   Columbus, OH 43218-2124
17474127    ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,   ATTN BANKRUPTCY DEPT,
             MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
            (address filed with court: Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,   Frederick, MD 21701)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17640843     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 11 2011 09:00:30
             American InfoSource LP as agent for,   Citibank N.A.,   PO Box 248840,
             Oklahoma City, OK  73124-8840
17474099     E-mail/PDF: mrdiscen@discoverfinancial.com Nov 11 2011 09:10:31   Discover Fin,   Po Box 8003,
             Hilliard, OH 43026
17578284     E-mail/PDF: mrdiscen@discoverfinancial.com Nov 11 2011 09:10:31   Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
17837670     E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2011 11:21:07   GE Money Bank,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
17474101    +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2011 11:21:06   GE Mongram Bank / JC Penney Dc,
             Gemb,   Po Box 103104,   Roswell, GA 30076-9104
17474104    +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2011 11:21:07   Gemb/JC Penny,
             Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
17474102    +E-mail/PDF: gecsed@recoverycorp.com Nov 11 2011 11:21:07   Gemb/abt Tv,   Po Box 981439,
             El Paso, TX 79998-1439
17474103    +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2011 11:21:07   Gemb/gap,   Po Box 965005,
             Orlando, FL 32896-5005
```

```
District/off: 0752-1          User: ahamilton        Page 2 of 2              Date Rcvd: Nov 10, 2011
                             Form ID: pdf006         Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
17474105     +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2011 11:21:07     Gemb/meijer Dc,   Attn: GEMB,
              Po Box 103104,    Roswell, GA 30076-9104
17474106     +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2011 11:21:06     Gemb/mohawk,    Attn: GEMB,
              Po Box 103104,    Roswell, GA 30076-9104
17474107     +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2011 11:21:06     Gemb/sams Club Dc,    Gemb Finance,
              Po Box 103104,    Roswell, GA 30076-9104
17396108      E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2011 11:21:06     JCPenney,   P.O. Box 981403,
              El Paso, TX 79998-1403
17474111     +E-mail/PDF: cr-bankruptcy@kohls.com Nov 11 2011 09:00:31      Kohls/capone,
              N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
17474117     +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2011 11:21:07     Sams Club,
              Attention: Bankruptcy Department,   Po Box 103104,   Roswell, GA 30076-9104
17474125     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Nov 11 2011 09:00:30     Verizon,
              Wireless Department/Attn: Bk,   Po Box 3397,   Bloomington, IL 61702-3397
                                                                                    TOTAL: 15


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17396105      Bank of America
17396107      GUC's
17713197*     American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17474122*    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit,   Toyota Financial Services,   Po Box 8026,
              Cedar Rapids, IA 52408)
17474087     ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
                                                                          TOTALS: 2, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 12, 2011**          **Signature:**    *Joseph Speetjens*